Pearson, J.
 

 "We think the action was misconceived, and should have been trespass vi et armis for false imprisonment; upon the ground that the warrant under which the plaintiff was arrested is void and of no force and effect.
 

 The warrant is void for one of two reasons. It is either so vague and indefinite as to locate the commission of the of
 
 *547
 
 fense at no place; for, somewhere between this place, (to wit, the county of Henderson whence it purports to be issued) and the State of Texas,” is so general and uncertain as to amount to “ nowhere in particular” ; or else, as the county of Henderson adjoins the State of South Carolina, the commission of the offense is located necessarily beyond the limits of this State; so that upon the face of the warrant, the justice of the peace had no jurisdiction.
 

 If it were intended to be a warrant to apprehend a fugitive from justice, it is void; for at the date of the warrant, the statute required it to be issued by two justices of the peace.
 

 Pee Cueiam.
 

 Judgment reversed.